AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

Denis Robert Fougeres
DOB:   03-03-1964
PDID:  573-348

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __May 5, 2005__ in __Washington, D.C.__ county, in the District of __Columbia__ defendant(s) did, (Track Statutory Language of Offense)

with intent to defraud, pass, utter, publish and sell, or attempt to pass, utter, publish and sell, and with like intent bring into the United States and keep in possession and conceal any falsely made, forged, counterfeited, and altered obligation and other security of the United States,

in violation of Title __18__ United States Code, Section(s) __472__.

I further state that I am __Timothy Knutson, Special Agent with the United States Secret Service__, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
Timothy Knutson, Special Agent
United States Secret Service

AUSA, Angela Schmidt   (202) 514-7273
Sworn to before me and subscribed in my presence,

_____     at   __Washington, D.C.__
Date                                                         City and State

_____        _____
Name & Title of Judicial Officer                   Signature of Judicial Officer