UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. |
| | : | Magistrate No. 05-257 |
| | : | |
| | : | Violation: |
| v. | : | |
| | : | 18 U.S.C. § 472 |
| **DENIS ROBERT FOUGERES** | : | (Possessing Counterfeit Obligations or |
| | : | Securities) |
| | : | |
| **Defendant.** | : | |

# I N D I C T M E N T

The Grand Jury Charges that:

## COUNT ONE

On or about May 5, 2005, in the District of Columbia, **DENIS ROBERT FOUGERES,** with intent to defraud, did bring into the United States, keep in his possession, and attempt to pass, utter, publish and sell to the Board of Governors of the Federal Reserve System, falsely made, forged and counterfeited obligations of the United States, that is, 100 Federal Reserve Gold Certificates in the denomination of $100,000, 1934 Series, Serial Nos. L12900101A - L12900103A, L12900106A - L12900200A, L12900285A, and L12900292A, which he then knew to be falsely made, forged and counterfeited.

**(Possessing Counterfeit Obligations or Securities,** in violation of Title 18, United States Code, Section 472).

                                                                A TRUE BILL

                                                                 FOREPERSON

Attorney of the United States in
and for the District of Columbia