CR: 05-224



Liberté • Égalité • Fraternité
RÉPUBLIQUE FRANÇAISE

Ministère des Affaires Etrangères

**FILED**

MAY 2 4 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CONSULAT GENERAL DE FRANCE
A
WASHINGTON

The Consul General

N° MCL/ 000381

Washington, May 18, 2005

To: Magistrate Judge Allan KAY
US District Court
333 Constitution Avenue
Washington, DC

I, Jean-Pierre Allex-Lyoudi, Consul General of France in Washington, DC, certify that no travel document will be issued to Mr. Denis Fougères until the interdiction of foreign travel has been lifted.

Jean-Pierre Allex-Lyoudi
Consul General of France



4101 Reservoir Road, N.W.   Washington, D.C. 20007-2185   (202) 944-6195   Télécopieur (202) 944-6148
http://www.consulfrance-washington.org