UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 05-224 (RMC) |
| | : | |
| | : | |
| | : | Violations: |
| v. | : | |
| | : | 18 U.S.C. § 472 |
| DENIS ROBERT FOUGERES | : | (Possessing Counterfeit Obligations or |
| | : | Securities) |
| | : | 22 D.C. Code §§ 1803, 3211 |
| Defendant. | : | (Attempted Theft) |

### I N F O R M A T I O N

### COUNT ONE

On or about May 5, 2005, in the District of Columbia, **DENIS ROBERT FOUGERES,** with intent to defraud, did bring into the United States, keep in his possession, and attempt to pass, utter, publish and sell to the Board of Governors of the Federal Reserve System, falsely made, forged and counterfeited obligations of the United States, that is, 100 Federal Reserve Gold Certificates in the denomination of $100,000, 1934 Series, Serial Nos. L12900101A - L12900103A, L12900106A - L12900200A, L12900285A, and L12900292A, which he then knew to be falsely made, forged and counterfeited.

**(Possessing Counterfeit Obligations or Securities,** in violation of Title 18, United States Code, Section 472).

### COUNT TWO

On or about May 5, 2005, within the District of Columbia, **DENIS ROBERT FOUGERES** did attempt wrongfully to obtain and use property of value, belonging to the Board of Governors of the Federal Reserve System, consisting of $10,000,000 in United States currency, with the intent to appropriate the property for his own use and to deprive the Board of

Governors of the Federal Reserve System of a right to and benefit of the property.

(**Attempted Theft**, in violation of 22 D.C. Code, Sections 1803, 3211).

KENNETH L. WAINSTEIN
United States Attorney
for the District of Columbia

By: _____
Angela G. Schmidt
Texas Bar # 17764980
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7273
Angela.Schmidt@usdoj.gov