UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

DENIS ROBERT FOUGERES

Criminal No. 05-224

**FILED**

AUG - 8 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**WAIVER OF INDICTMENT**

I, **Denis Robert Fougeres**, the above named defendant, who is accused of:

possessing counterfeit obligations or securities (18 USC 472)

attempted theft (22 D.C. Code 1803, 3211)

being advised of the nature of the charge(s), the proposed information, and my rights, hereby waive in

open court on   August 8, 2005   prosecution by indictment and consent that the proceeding may be by

information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

_____
Rosemary M. Collyer
United States District Judge

8 Aug 2005